# **Exhibit A**

## StakX-Related NFT Collections

1. GEN1 Pass Holders (TradeAI/Stakx)

**Founder:** Guillermo Gharib

**Supply:** 500

**Created Date:** October 24, 2023

**Mint Cost (USD):** $30,000

**OpenSea Link:** GEN1 Pass Holders

**Contract Address:** 0xda7e6010618cf782280dd7eb107fd57c27d13035

**Description:** The Gen1 pass is the ultimate pass for the most premium community in Web3, limited to only 500 passes.

**Relation to Stakx:** The genesis pass for the TradeAI ecosystem. Owning one pass provided access to invest in any Stakx pool.



2. AnarKey by Stakx (TradeAI/Stakx)

**Founder:** Guillermo Gharib

**Supply:** 1,111

**Created Date:** June 6, 2023

**Mint Cost (USD):** $10,000

**OpenSea Link:** AnarKey by Stakx

**Contract Address:** 0xA88b82AF76ecF08cf652846D10857eAeeCa40C97

**Description:** Anarkey is an innovative Genesis collection of 1,111 Hybrid NFTs that grant holders access to the TradeAI SaaS Platform, unleashing a wide range of utilities and benefits.

**Relation to Stakx:** Anarkey is the first collection of BeNFT/TradeAI. It was launched in partnership with Vispx, the TradeAI launchpad. Holding this token allowed holders to invest up to $5k into the TradeAI pools. Owning more Anarkeys allowed holders to invest in higher reward pools.



3. Memewhales by Stakx (TradeAI/Stakx)

**Founder:** Guillermo Gharib

**Supply:** 700
**Created Date:** July 25, 2023

**Mint Cost (USD):** N/A

**OpenSea Link:** Memewhales by Stakx

**Contract Address:** 0x70B4178bA7894286357267036D835aE5790358b6

**Description:** Meme Whale is a highly calibrated and proven sniper bot designed to hunt for gems

**Relation to Stakx:** A secondary collection of TradeAI. Owning 1 Memewhale granted access to deposits in TradeAI branded pools.



4. XBorg NFT (Vispx)

**Founder:** Ashley Harris, Addy Singh

**Supply:** 2,500

**Created Date:** May 2022

**Mint Cost (USD):** $294.87

**OpenSea Link:** XBorg NFT

**Contract Address:** 0xb452Ff31B35Dee74f2FdfD5194B91Af1BaD07b91

**Description:** XBorgs are an exclusive collection of 2,500 NFTs residing on the Ethereum blockchain, serving as the brand mascot for VISPX. These NFTs boast a diverse array of hand-drawn visual traits, ensuring each piece's uniqueness. As a holder of Xborg, you gain access to a suite of benefits including early access to opportunities and much more.

**Relation to Stakx:** XBorg holders were granted access to mint Anarkey. Holding an XBorg NFT granted access to deposit in TradeAI branded pools.



5. Paddy's Pass (CR3)

**Founder:** Patrick McInnes

**Supply:** 2,869

**Created Date:** December 2023

**Mint Cost (USD):** $440

**OpenSea Link:** CR3 Paddy's Pass

**Contract Address:** 0x53894EC021245adb6a7C556Bb0F0aD83544C0e33

**Description:** Paddy's Pass is the doorway into the CR3 Community where art is our first love, but sharing wins with the community remains a priority! The CR3 ecosystem has been strategically structured through art, fashion, gaming and more to provide strategical one-of-a-kind revenue to the community! Paddy's community wins... While being BORED.

**Relation to Stakx:** Issued after CR3 merged with TradeAI to create Stakx, granting access to Paddy's Pool and other CR3/UA3 pools.



6. The Real OG Pass (CR3)

**Founder:** Patrick McInnes

**Supply:** 333

**Created Date:** August 2023

**Mint Cost (USD):** $185.58

**OpenSea Link:** The Real OG Pass

**Contract Address:** 0x488130618bf46cd904fdfe1e2f94d377d73f5eb9

**Description:** This pass provides private access to the inner circle of CR3, the only pass you will need.

**Relation to Stakx:** This pass provided private access to the inner circle of CR3 and was the genesis pass for the CR3 community. Owning one granted access to Paddy's Pool/CR3 Syndicate.



7. PxnkAp3 (CR3)

**Founder:** Patrick McInnes

**Supply:** 7,324

**Created Date:** February 2, 2024

**Mint Cost (USD):** $230.37

**OpenSea Link:** PxnkAp3

**Contract Address:** 0x488130618bf46cd904fdfe1e2f94d377d73f5eb9

**Description:** PxnkAp3 is for the Rockstars of Web3, serving as the gateway to the vibrant CR3 ecosystem. Embodying the rebellious spirit both in name and essence, we encapsulate the very core of the punk-rock movement by defying societal norms, creating long-lasting community through the digital & physical world, fashion, gaming, and revenue streams.

**Relation to Stakx:** Owning 1 PxnkAp3 NFT granted access to UA3/CR3 branded pools.



8. OnChain Buccaneers (Partner)

**Founder:** Nicholas Schmidt, Oli Wood

**Supply:** 888

**Created Date:** August 17, 2022

**Mint Cost (USD):** $469.48

**OpenSea Link:** OnChain Buccaneers

**Contract Address:** 0x1dC454EE1Fd63F3D792aEee9D331c05D9C62B20A

**Description:** OnChain Buccaneers is an 888-collection of NFT PFPs created by many iterations of deep-generated AI learning. Owning an OCB NFT also provides access to developers' private, token-gated alpha Discord.

**Relation to Stakx:** Partner project of TradeAI/Stakx. Holders needed to own 1 OCB to have access to the Ship, a private pool for the OCB community. A percentage of trading pool profits were required to be reinvested in $BeAI token.





9. Supreme Kong (Community Syndicate)

**Founder:** Cyrus Abrahim

**Supply:** 2,000

**Created Date:** February 16, 2022

**Mint Cost (USD):** $625.57

**OpenSea Link:** Supreme Kong

**Contract Address:** 0x12787526c03d626AAc88E6EDc4d0Fb930d86C631

**Description:** Designed with its holders in mind, the genesis collection launched with a series of 2000 Supreme Kong limited and powerful pieces available on the Ethereum blockchain. Their mission is to drive value not only to their holders, instead to be a launchpad for all creatives, entrepreneurs, developers in the space to come build on top of Supreme Kong. With IP rights, all holders of any Jungle Labz tokens are allowed to commercially monetize their assets without limitations. In tandem with support from the team, they are here building a thriving wider ecosystem outside of just the SK family. They have their own currency, $KONG and $JNGL power the ecosystem; earnable by staking NFTs. They built the world's first multi-chain staking rewards marketplace - now every holder can exchange $KONG for Jungle Labz tokens, ETH and SOL NFTs.

**Relation to Stakx:** Community Syndicate of Stakx. Cyrus Abrahim claimed deposits into his syndicate were principal protected. Holders were required to use a percentage of profits to reinvest in $JNGL token.

