UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES ADAMS, et al.                              :
                                                 :
                Plaintiffs,        :  24-CV-9378 (LAK) (OTW)
                                                 :
                -against-         :  **ORDER TO SHOW CAUSE**
                                                 :
GUILLERMO GHARIB, et al.                         :
                                                 :
                Defendants.        :
                                                 :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

**WHEREAS,** Plaintiffs filed the complaint in this case on December 9, 2024, (ECF 1);

**WHEREAS,** Plaintiffs filed a corrected complaint on December 12, 2024, (ECF 5);

**WHEREAS,** Plaintiffs requested an issuance of summons as to only one of the seven named defendants, Cyrus Abrahim, on February 6, 2025, (ECF 7);

**WHEREAS,** Plaintiffs have failed to serve Defendant Abrahim or request an issuance of summons as to the other six named defendants.

**NOW, THEREFORE,** Plaintiffs are **ORDERED TO SHOW CAUSE** in writing filed on the docket by **April 16, 2025,** as to why I should not recommend dismissal of this action for failure to prosecute under Fed. R. Civ. P. 41(b).

        **SO ORDERED.**

Dated: April 9, 2025                                    *s/ Ona T. Wang*
       New York, New York                     **Ona T. Wang**
                                              United States Magistrate Judge