**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JAMES ADAMS, et al.                          :
                                             :
                    Plaintiffs,              :        24-CV-9378 (LAK) (OTW)
                                             :
            -against-                        :        ORDER
                                             :
GUILLERMO GHARIB, et al.                     :
                                             :
                    Defendants.              :
                                             :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 10.

Plaintiffs' request for an extension of time to serve Defendant Cyrus Abrahim is **GRANTED.** Plaintiffs' deadline to serve Defendant Abrahim is hereby **EXTENDED** to **June 20, 2025.** Plaintiffs' motion for alternative service as to the remaining Defendants is due by **June 20, 2025.**

**SO ORDERED.**

Dated: April 21, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge