**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| James Adams, et al.<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Guillermo Gharib, Ashley Harris, Cyrus Abrahim, James Abbos Binaiz, Peter McInnes, Nicholas Schmidt, and Oliver Wood,<br><br>　　　　　　　　Defendants. | Case No. 1:24-cv-09378<br><br>**NOTICE OF APPEARANCE**<br><br>**ECF CASE** |

PLEASE TAKE NOTICE that MAX L. BURWICK, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of all Plaintiff's, James Adams, et al., in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

　　　　　　　　MAX L. BURWICK
　　　　　　　　BURWICK LAW PLLC
　　　　　　　　43 W 43rd St Suite 114,
　　　　　　　　New York, New York 10036
　　　　　　　　(646) 762-1080
　　　　　　　　max@burwick.law

| | |
|---|---|
| Dated:<br>New York, New York<br>June 10, 2025 | Respectfully submitted,<br><br>BURWICK LAW PLLC<br><br>By:     /s/ Max L. Burwick<br><br>Max L. Burwick<br><br>43 W 43rd St Suite 114<br>New York, New York 10036<br>(646) 762-1080 max@burwick.law<br><br>*Attorney for All Plaintiffs* |