UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES ADAMS, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GUILLERMO GHARIB, et al.,<br><br>      Defendants. | Case No. 1:24-cv-9378-LAK-OTW |

**NOTICE OF DEFENDANT CYRUS ABRAHIM'S MOTION TO DISMISS**

  PLEASE TAKE NOTICE that upon the accompanying Declaration of Cyrus Abrahim, the accompanying Declaration of John W. Brewer with the exhibits thereto, and the accompanying Memorandum of Law, Defendant Cyrus Abrahim will move this Court, on a return date to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for entry of an order dismissing this action as against him for improper venue, lack of jurisdiction, and/or invalid service of process, pursuant to Federal Rule of Civil Procedure 12(b)(2), (3) & (5); and

  PLEASE TAKE FURTHER NOTICE that opposing papers, if any, must be served upon the undersigned within the time provided for in Local Civil Rule 6.1(b).

1

Dated: New York, New York
June 20, 2025

                                                  AMINI LLC

                                                  By: /s/ *John W. Brewer*
                                                      John W. Brewer
                                                131 West 35th Street, 12th Floor
                                                New York, New York 10001
                                                Tel. (212) 490-4700
                                                jbrewer@aminillc.com

                                                *Attorneys for Defendant Cyrus Abrahim*[1]

TO:

Plaintiffs' Counsel of Record (via ECF/PACER)

---

[1] Notice is hereby given that this firm's representation of Mr. Abrahim in this matter is limited to this initial Motion as per N.Y. Rule of Professional Conduct 1.2(c).