UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES ADAMS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GUILLERMO GHARIB, et al.<br><br>Defendants. | Case No. 24-cv-9378 (LAK) (OTW) |

### [PROPOSED] ORDER DIRECTING SERVICE ON DEFENDANTS BY ALTERNATIVE MEANS

By motion dated June 20, 2025, Plaintiffs[1] applied for an Order directing service of the summons and complaint upon foreign Defendants Guillermo Gharib, Ashley Harris, James Abbos

---

[1] Plaintiffs are James Adams, Joyce Adjei, Jimmie Ahlstrom, Hiren Aka Montu Govindbhai Patel, Yakup Alici, Krasthorn Alongkornrasmee, Eric Andersen, Michele Irene Arauz Castillo, Kevin Austin, Marc Aymerich, Chetan Bafna, Frank Bakker, Derek Barss, Claudio Bartschi, Michael Bauer, Florian Beck, Will Beinert, Christina Berta, Christopher Botto, Taylor Donald Brinton, Stephen Bruchet, Claire Brynycz, Kyle Burklund, Richard Buteyn, Hila Cage Coppola, Jeroen Campfens, Alpha Camps DAO, Marco Cantarutti, Keyshawn Carr, Cole Caudill, Pak Ho Ambrose Chan, Virapong Chandarasanti, Wilson Chin, Bernie Chiv, Alfie Chow, Michael Clarke, Maxime Coin, Mahius Concord, Chevrolet Cruz, Gabi Dagher, Haithem Dakhli, Finley Dale, Andrew Dalecki, Brody Daniels, Juan Carlos De Llano, Simon Dent, James Devlin, Jayden Di Palma, Akryd Institut Digital, Guillaume Dubost, Dennis Duncan, Albert Duncan, Eduardo Elizondo, Samrat Eltepu, Michael Enriquez, Kenneth Gamble, Timothy Gary, Massimo Gasparini, Stefan Gasselseder, Buta Cosmin Gheorghe, Shanjan Kumar Gnanasekar, Tim Goddard, Glenn Gordon, Rory Graman, Tim Grice, Deann Haist, Todd Hallam, Jason Haskell, Ashley Hautman, Michael Hazilias, Benjamin Heimann, Levi Hendrickson, Greg Hernacki, Ryan Hodder, Joel House, Seth House, Tasnuva Huda, Darshan Jalan, Foo Jee Ming, Jay Johansen Lim, Jordache Johnson, Bradley Kamieniarz, James Karavas, Rachael Kay, Daman Khaihra, Poovanut Khamhaeng, Mohammad Khan, Felix Kilga, Travis Kohler, Jonas Kolberg, Dominick La Spisa, Michael La Spisa, Lewis Langer, Marwan Laugier, Fernando Leal, Shaun Leggett, Daniel Lestarge, Johan Levaniants, Xiaotian Lin Lin, Michael Lord Microbilo Smith, Jack Louis, Aaron Lowe, Farah Manley, Aaron Markham, Pedro Martins, Duane Mateski, Sean Matthys, Darren Mattock, Marcus Maxwell, Colton Mccoy, Blake McElmurry, Mike McGuire, Johannes Meger, Georgi Merazchiev, Nicholas Mercier, Stephan Michels, Adrian Militaru, Casey Miller, Ivan Mladenovic, David

1

Binaiz, Peter McInnes, Nicholas Schmidt, and Oliver Wood (collectively "Defendants") by alternative means pursuant to Federal Rule of Civil Procedure 4(f). The Court, having considered Plaintiffs' motion:

IT IS NOW ORDERED that Plaintiffs' *Ex Parte* Motion to Serve Defendants by Alternative Means is Granted; and it is further

ORDERED that Plaintiffs shall serve Defendants in the following manner:

- Defendant Gharib:
  - by email to the addresses gjgharib@gmail.com, gjgharib@hotmail.com, and ggharib@ordendigital.com;
  - by direct message to his LinkedIn and X.com accounts;
  - and the wallet 0x5BD904c6c0c6Ebe4fbC2DF455E2D6E6e014123F5.

- Defendant Harris:
  - by email to ash.gharris@gmail.com and blade4life13@hotmail.com;

---

Mooney, Christopher Morel, Ajeesh Mulavinal Mathew, Evan Murphy, Taito Myllynen, Glen Naughton, Carlos Navarro, Collin Neitzel, Charles Neitzel, Alessandro Nery, Nathan Nguyen, Michal Nguyen Van, Colton Nimz, Wesley Clarence Sy O, Brian Daniel Ochs, Colin Ogorman, Chun Seng Ong, Raymond Ong, Christian Oppl, Dipak Pandey, Dimitrios Papaioannou, Andrei Paraschiv, Mark Pearce, Egor Pelevkin, Wouter Peters, Georgios Petrou, Andreas Pierrou, Keith Pillsbury, Caroline Poisson, Harry-Antony Poulos, David Poynter, Christian Poynter, Stephen Poynter, Ivan Rajcic, Jhojan Eliecer Ramirez Beltran, Amit Rathod, Gavin Rennie, Joyal Rodrigues, Marc Rogers, Nelson Rosales, Mantas Ryzakovas, Sudhanshu Sachan, Dheeraj Sanjeev, Sean Santos, Anisha Keshav Sarin, Marc Sedillo, Paul Shuen Hwa Seo, Khurram Shah, Balazs Sinka, Raphael Soh, Michael Sparks, Nathan Spencer, Timo Sprotte, Zachary Staudt, Andrew Steedman, Mark Steen, Jason Steen, Christian Steffey, Clark Stewart, Yvo Stoots, Ryan Stout, David Street, Jonathan Succar, Sujith Sugathan, Rateb Suleiman, Mitchell Sun, Madhav Sunil Nath, Abdullah Swailimyeen, Sam Tait, Nicholas Tan, Tim Taylor, Alexander Simon Templeton, Samuel Thompson, Gregory Tiffany, Dikran Tokat, Wiljan Torrefiel, William Torrens, Daniel Trabold, Alvin Him Kheng Tung, Michael Tyler, Elaine Upton, Tamar Van Der Haas, Sander Van Der Vegte, Marta Vegas Coletas, Alexis Viprey, Edward Vonallmen, Jordan Wadsworth, Vaibhav Wankhedkar, Cory Watkins-Suzuki, Katie Whitaker, Maciej Wilk, Benjamin Wojcik, Craig Zadrapa, Muhammad Waqas Zaman, and Adil Ziad.

- o   and the wallet 0xa7c99c679D9f5666Df45cc2350c119586dA0091F.

- Defendant Biniaz:

    - o   by direct message to his account at https://x.com/jim_nft.

- Defendant McInnes:

    - o   the wallet 0x17D323CBB54dcF382B868F74798e2FFC89Ef42f1.

- Defendant Schmidt:

    - o   by direct message to his X accounts at https://x.com/Jampzey and https://x.com/Jampzer;
    - o   by using the "Contact" feature at FlareLabs.io;
    - o   and the wallets 0xa4c441f1D5b94a6Cf826b81B596A74fdFca0477F and 0x59a851891E2F0a1eA91351b042DD75b10aF095D0.

- Defendant Wood:

    - o   by direct message to his X account at https:/x.com/Hydraze420 and LinkedIn account, as well as the Telegram account associated with the X account;
    - o   by using the "Contact" feature at FlareLabs.io;
    - o   and the wallets 0x2a93E999816c9826aDe0B51AAa2d83240d8F4596.

The summonses for these defendants are not required to list the addresses of the defendants pursuant to Federal Rule of Civil Procedure 4(a).

Dated: March 12, 2026

_____
ONA T. WANG
UNITED STATES MAGISTRATE ~~JUDGE~~

The Clerk is respectfully directed to close ECF 18.

3