UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES ADAMS, et al., | Case No. 1:24-cv-9378-LAK-OTW |
| Plaintiffs, | |
| v. | |
| GUILLERMO GHARIB, et al., | |
| Defendants. | |

**STIPULATION EXTENDING DEFENDANT CYRUS ABRAHIM'S TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED between the undersigned that the time of defendant Cyrus Abrahim to answer the plaintiffs' complaint is extended through and including Friday, June 5, 2026.

_____

Cyrus Abrahim, pro se
2516 Q St., N.W. #207
Washington, D.C.  20007
(301) 928-7118

/s/ Joshua Ruthizer
_____

Chet B. Waldman
Terrence Zhang
Joshua W. Ruthizer
Wolf Popper LLP
570 Lexington Ave., 19th Floor
New York, N.Y.  10022
(212) 759-4600

Max Burwick
Burwick Law, PLLC
43 West 43rd St., Suite 114
New York, N.Y.  10036
(646) 762-1080

*Attorneys for Plaintiffs*

DocuSigned by:

*Cyrus Abrahim*

73FB8442A30540A...

Dated: 5/5/2026 _____

Dated: May 6, 2026 _____

1