USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
JAMES ADAMS ET AL.,

Plaintiff,

-against-

24-cv-9378 (LAK)

GUILLERMO GHARIB ET AL.,

Defendant.
------------------------------------------- x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

This Court's memo endorsement dated October 27, 2026 (Dkt. 69) is hereby VACATED.

SO ORDERED.

Dated: October 27, 2026

Lewis A. Kaplan
United States District Judge